■ MARY W. BUTCHER, Appellant, v. FRANK E. BUTCHER, Respondent.— Appeal from an order of the Supreme Court at Special Term, entered June 20, 1974 in Delaware County, insofar as it directed defendant to pay $50 per month for the support of plaintiff, his former wife. Plaintiff was granted a divorce from defendant on May 2, 1973 and now challenges the sufficiency of the award for her support subsequently granted by Special Term upon affidavits submitted by the parties. An examination of these affidavits finds them to be replete with conflicting charges and inadequate information regarding, *inter alia*, the general financial condition of each of the parties, the status of defendant's business, and plaintiff's ability to be gainfully employed. In our opinion, therefore, a proper resolution of this dispute requires that proof be taken at a hearing to provide a more precise factual basis for the ultimate award of support (cf. *Espejo* v. *Espejo*, 41 A D. 2d 555; *Marmarosch* v. *Marmarosch,* 3 A D 2d 624). Order reversed, on the law and the facts, with costs, and matter remitted to Special Term for further proceedings not inconsistent herewith. Herlihy, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.